```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    JOHN J. KUCERA (Cal. Bar No. 274184)
 4  Assistant United States Attorney
    Asset Forfeiture Section
 5       1400 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-3391
 7       Facsimile: (213) 894-7177
         E-mail:    John.Kucera@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE SEIZURE WARRANT FOR: 2015 MERCEDES BENZ S-CLASS, VIN: WDDUG8CB5FA075049, LICENSE PLATE NUMBER KENTLAW LOCATED AT A RESIDENCE AT 10040 GOTHIC AVENUE, NORTH HILLS, CALIFORNIA 91343 | CR MISC. NO. 2:18-MJ-00873 <br><br> <u>WRIT OF ENTRY</u> |
|---|---|

Upon application of the United States of America, and good cause having been shown, it is hereby ORDERED as follows:

The United States, its agents, and representatives are authorized to enter the premises at 10040 Gothic Avenue, North Hills, California 91343, for the purpose of:

(1) Conducting a search for the following: 2015 Mercedes Benz S-Class, VIN: WDDUG8CB5FA075049, California license plate number KENTLAW (the "SUBJECT VEHICLE"); and

(2) Seizing and removing the SUBJECT VEHICLE from the premises.

The entry and seizure shall be conducted by special agents and employees of the United States Secret Service and agents and

employees of any other law enforcement agencies as may be necessary to effectively conduct the entry and the seizure.  A third party locksmith and/or moving/towing company shall also be allowed to enter said property for the purpose of removal of the subject currency.

DATED:  4/12/18          _____
                        UNITED STATES MAGISTRATE JUDGE

Submitted by:

_____/s/John J. Kucera_____
JOHN J. KUCERA
Assistant United States Attorney

2

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JOHN J. KUCERA (Cal. Bar No. 274184)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3391
     Facsimile: (213) 894-7177
     E-mail:    John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEIZURE WARRANT FOR: 2015 MERCEDES BENZ S-CLASS, VIN: WDDUG8CB5FA075049, LICENSE PLATE NUMBER KENTLAW LOCATED AT A RESIDENCE AT 10040 GOTHIC AVENUE, NORTH HILLS, CALIFORNIA 91343 | CR MISC. NO. 2:18-MJ-00873 <br><br> APPLICATION FOR WRIT OF ENTRY; DECLARATION IN SUPPORT THEREOF |

In connection with the execution of a seizure warrant for: 2015 Mercedes Benz S-Class, VIN: WDDUG8CB5FA075049, California License Plate KENTLAW located at a residence at 10040 Gothic Avenue, North Hills, California 91343 (Hereinafter, collectively, the "SUBJEC VEHICLE") described in the seizure warrant submitted contemporaneously with this application, the United States of America submits an *ex parte* application for a writ of entry in order to execute the seizure warrant.

### Authority for Issuance of a Writ of Entry

This Court's authority to issue a writ of entry is the "All Writs Act," 28 U.S.C. § 1651, which provides in pertinent part as follows:

> (a) The Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law.

In the civil forfeiture context, writs of entry have been most commonly issued in conjunction with the arrest or seizure of real property for forfeiture. For example, in *United States v. Real Property Located at 20832 Big Rock Drive, Malibu*, 51 F.3d 1402 (9th Cir. 1995), the Ninth Circuit stated:

> On November 9, 1990, the Government filed a civil forfeiture complaint against the house on Big Rock Drive . . . . The DEA then obtained authorization to seize the house in much the same way it might obtain a warrant to arrest a person: **It approached a magistrate, established probable cause that the house had been purchased with drug proceeds, and asked for (and received) a writ of entry and a warrant to arrest the house in rem.**

51 F.3d at 1401 (emphasis added). The purpose of such writs of entry has generally been to inspect and inventory the seized real property, to document its condition at the time of seizure, and to assess its value.

As set forth in the attached declaration of Teresa Healy, the SUBJECT VEHICLE is believed to be located at 10040 Gothic Avenue, North Hills, California 91343, a residence inhabited by Arutyun Demirchyan and owned by Ademek Enterprises LLC, which is in turn owned by Demirchyan's brother, Avag Demirchyan.

Based upon all the information set forth in her seizure warrant affidavit, Special Agent Teresa Healy believes the SUBJECT VEHICLE located at 10040 Gothic Avenue, North Hills, California 91343, is the vehicle the government seeks to seize. Special Agent Teresa Healy does not know if Arutyun Demirchyan or Avag Demirchyan will cooperate and give agents access to the SUBJECT VEHICLE parked outside 10040

1  Gothic Avenue, North Hills, California 91343 in order to seize the
2  SUBJECT VEHICLE pursuant to a duly-issued seizure warrant alone.  In
3  light of the fact that, as Special Agent Teresa Healy described in
4  her seizure warrant affidavit, a writ of entry is needed to allow law
5  enforcement agents and a third party locksmith and/or towing/moving
6  company access to the property to obtain the SUBJECT VEHICLE.

   The government is not seeking to forfeit real property in this action.  However, as was the case in *Real Property Located at 20832 Big Rock Drive, Malibu*, a writ of entry is necessary to implement a seizure warrant duly issued by a federal court.

## CONCLUSION

For the foregoing reasons, and based upon the attached declaration of Teresa Healy, the government respectfully requests that this Court exercise its authority under the All Writs Act and issue a writ of entry for the premises at 10040 Gothic Avenue, North Hills, California 91343, for the purpose of:

///
///
///

    (1)  Conducting a search for the following: 2015 Mercedes Benz S-Class, VIN: WDDUG8CB5FA075049, California license plate number KENTLAW (the "SUBJECT VEHICLE"); and

    (2)  Seizing and removing the SUBJECT VEHICLE from the premises.

Dated: April 12, 2018

Respectfully submitted,

NICOLA T. HANNA  
United States Attorney

LAWRENCE S. MIDDLETON  
Assistant United States Attorney  
Chief, Criminal Division

    /s/John J. Kucera  
JOHN J. KUCERA  
Assistant United States Attorney

Attorneys for Plaintiff  
UNITED STATES OF AMERICA

4

**DECLARATION OF TERESA HEALY**

I, Teresa Healy, declare as follows:

1. I am a Special Agent with the United States Secret Service, and have been so employed since April 2016. To the extent that any information in this declaration is not within my personal knowledge, it was made known to me through reliable law enforcement sources, or my discussions with other Agents investigating this matter, and I believe such information to be true.

2. Contemporaneously with the filing of the application, the government has submitted an application for a seizure warrant for One 2015 Mercedes Benz S-Class, VIN: WDDUG8CB5FA075049, California license plate number KENTLAW (the "SUBJECT VEHICLE"). I believe the SUBJECT VEHICLE is located at 10040 Gothic Avenue, North Hills, California 91343, parked in the driveway or in the garage of the residence. .

3. I do not know if Arutyun Demirchyan or Avag Demirchyan will cooperate and give the USSS access to the SUBJECT VEHICLE at 10040 Gothic Avenue, North Hills, California 91343 in order to seize the SUBJECT VEHICLE pursuant to a duly-issued seizure warrant alone. In light of that fact, a writ of entry is needed to allow law enforcement agents and a third party locksmith and/or towing/ moving company access to the property to obtain the subject vehicle.

///
///
///
///

The Court's authority to issue a writ of entry is the "All Writs Act," 28 U.S.C. § 1651.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 12 day of April 2018, at 11:42a Los Angeles, CA

teresa a Healy
TERESA HEALY
Special Agent
United States Secret Service

6