# United States District Court

_____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

2015 MERCEDES BENZ S-CLASS, VIN: WDDUG8CB5FA075049, LICENSE PLATE NUMBER KENTLAW LOCATED AT A RESIDENCE AT 10040 GOTHIC AVENUE, NORTH HILLS, CALIFORNIA 91343

**SEIZURE WARRANT**

**CASE NUMBER:** 2:18-MJ-00873

TO:   United State Secret Service (USSS)  and any Authorized Officer of the United States, Affidavit(s) having been made before me by **SPECIAL AGENT TERESA HEALY**  who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

2015 Mercedes Benz S-Class, VIN: WDDUG8CB5FA075049, License Plate Number KENTLAW Located at a Residence at 10040 Gothic Avenue, North Hills, California 91343

**which is** (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under 18 U.S.C. § 981

**concerning a violation of Title**  18  **United States Code, Section(s)**  1343 and/or 1344, and 1956 .

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.  The recipient of this Warrant is HEREBY COMMANDED to comply with the duties and obligations set out in Attachment A attached hereto.

**April 12, 2018**  @ 2:27 p.m.
**Date and Time Issued**

**MAGISTRATE JUDGE ROZELLA A. OLIVER**
**Name and Title of Judicial Officer**

Los Angeles, California
**City and State**

*Rozella A. Oli* (signature)
**Signature of Judicial Officer**

**JOHN KUCERA/smb**

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 04/12/18 | 04/13/18   0700 HRS | Bagrat Useinashvili |

INVENTORY MADE IN THE PRESENCE OF

Patrick Leighton - Special Agent

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

2015 Mercedes Benz S-Class, Vin: WDDUG8CB5FA075049, Liscense plate Number KENTLAW

## CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 04/13/18

Teresa Healy
*Executing Officer's Signature*

Teresa Healy - Special Agent
*Printed Name and Title*